United States District Court For The

~~[redacted]~~

Eastern District of New York ★

★Pursuant Relevant Clear & Present Emergent Health Needs★
★F.B.O.P. Reg.# 63706-050★

ORIGINAL

HolyPharoah M.M.H.R.A.A.L.S.A. El-Bey, El.D.,
F.B.O.P. Reg.# 63706-050★
(Supreme Abyssinian Ambassador of Moorish L.A.W.★)
Plaintiff

CV 14-5706

vs.

United ~~VITALIANO~~, J.
States of America,
Defendants,

) Pro Se Habeas
) Corpus Pursuant
) Original Civil
) Action No. ____
) Per 28 U.S.C. §§2255★

RECEIVED
PRO SE OFFICE

In the Public's Interests of Faith-Based Nomen Correction & Full Disclosure of the relevant adjudicative facts of Criminal Case Mag. No. 11-3184 In the honorable United States District Court of New Jersey as so evidenced among the reverse sides of this 2 page federal Record of documentary evidence of the relevant accompanying adjudicative facts of ★2011 U.S. Dist. Lexis 10611★ per Civil Action No. 10-5995 (SRC) In the honorable United States District Court for New Jersey pursuant Civil Actions: CV14-2066★ & CV14-2067★ In this honorable United States District Court for The Eastern District of New York & the relevant relief sought pursuant Certiorari Appellant actions vested In the Lawful Matter of the Application of the Body of Law formerly known publicly as Dr. Jason Lamar Chambers pittman et al Amin-Bey, for the expressed intent to most lawfully & rightly assume the Faith-Based Nomen Correction Being HolyPharoah Alim Melchizedek Malik Ha'Elohim Rusul'Alu-Alah Dr. Admiral Ala'ad-Din Lunariel Solariel Al'Ahezaah El-Bey, pursuant the relevant N.J.S.A. 2A:52-1 to -3★ pursuant this most lawfully

(Page 1 of 2 as of Sept. 9, 2014★)

intended effort of Spiritual-Defense litigation, the Pro Se Plaintiff in the above named case, as so captioned presents this pro se Civil Complaint for Habeas Corpus Unimpaired Relief toward/in the form of a Declarative Summary Judgment of Court Ordered Certification Authorizing all to lawfully acknowledge said Faith-Based Nomen Correction pursuant American Federal Jurisprudence of Habeas Corpus Unimpaired Under Constitutional Article II, & the relevant adjudicative facts of Chronological evidence pursuant above & the relevant Original Civil Actions: 10-3383* & 11-3181* In the honorable United States Court of Appeals for the Third Circuit pursuant 18 U.S.C. §3006A* & 18 U.S.C. §4247(g) to (h)*

## Jurisdiction

The Jurisdiction of this Court is hereby invoked under 28 U.S.C. §§1331*, 42 U.S.C. §§1983 to 1988*, 18 U.S.C. §3006A*, & 18 U.S.C. §4247(g) to (h)* pursuant Habeas Corpus Unimpaired pursuant 28 U.S.C. §1255*

## Facts

The Pro Se litigating Plaintiff in the above named case has been seemingly maliciously prosecuted & medically detained under duress since August of 2011* per the relevant Chronological measures of exculpatory evidence toward exhaustion so sought for the expressed alternative relief of being said Court Ordered Faith-Based Nomen Correction & the said Plaintiff's Clear & Present emergent need to be Released on his Recognizance Per Medical.

Signature: Holy Pharoah M.M.N.R.M.A.J.b.A.El-Bey, Ed.D., All Rights Reserved Pat.A.W.*

(Page 2 of 2 as of Sept. 9, 2014*)

AMBASSADOR-AT-LARGE GRAND SHEIK DR. ADMIRAL ALA'AD-DIN BEY, Plaintiff, v. UNITED STATES DEPARTMENT OF JUSTICE, et al., Defendants.
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2011 U.S. Dist. LEXIS 10611
Civil Action No. 10-5995 (SRC)
February 3, 2011, Decided
February 3, 2011, Filed

**Editorial Information: Prior History**

Ala'ad-Din Bey v. United States DOJ, 2011 U.S. Dist. LEXIS 5335 (D.N.J., Jan. 20, 2011)

**Counsel** AMBASSADOR AT LARGE GRAND SHEIK DR. ADMIRAL ALA'AD-DIN BEY, Plaintiff, Pro se, NEWARK, NJ.

For MAHLON L. FAST, JSC, EUGENE J. CODEY, JR., NED M. ROSENBERG, JSC, NEW JERSEY SUPERIOR COURT, Defendant: BRIAN G. FLANAGAN, OFFICE OF THE NJ ATTORNEY GENERAL, RJ HUGHES JUSTICE COMPLEX, TRENTON, NJ.

**Judges:** Stanley R. Chesler, United States District Judge.

Opinion

**Opinion by:** Stanley R. Chesler

Opinion

### CHESLER, District Judge

This matter comes before the Court pursuant to an Order to Show Cause issued January 21, 2011. Plaintiff *pro se* filed a Complaint in this Court on November 12, 2010. Certain state entity and judicial defendants moved to dismiss based on Eleventh Amendment Sovereign Immunity. The Court granted that motion and dismissed the Complaint against those defendants with prejudice by Order of January 20, 2011. The case, however, remained active, as two other defendants had been named by Plaintiff in the Complaint. (Those two defendants, the United States Department of Justice and Hallmark Properties, have not yet entered an appearance in the case and, in fact, there is no indication on the docket that they have been served with process.) On review of the Complaint, the Court found that it could not discern the claim for which Plaintiff sought relief, nor the basis for the exercise of this Court's subject matter jurisdiction. This Court accordingly issued an Order to Show Cause, directing Plaintiff to show cause in writing why this action should not be dismissed for noncompliance with Federal Rule of Civil Procedure 8 and lack of federal subject matter jurisdiction.

In response, Plaintiff has submitted a lengthy affidavit which is as incomprehensible as the Complaint. It does not elucidate in the slightest what legal relief Plaintiff seeks, on what facts any purported claims might be based, or indeed, how this Court has subject matter jurisdiction over this action. The Complaint will be dismissed with prejudice for the following reasons.

Federal Rule of Civil Procedure 8(a) requires that the Complaint contain a "short and plain statement of the grounds for the court's jurisdiction" as well as a "short and plain statement of the claim

lyccases                                          1

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63706050

showing that the pleader is entitled to relief." The Complaint does not comply with either of these requirements of Rule 8(a). Furthermore, this Court has notified Plaintiff of these defects and has given Plaintiff the opportunity to remedy them. Plaintiff's response to the Order to Show Cause was to submit an affidavit that did not make any progress toward compliance with Rule 8(a). Rather, the response reiterates many of the same statements made by Plaintiff in the Complaint and is, as a whole, rambling and incoherent. Based on Plaintiff's filings, the Court is, moreover, persuaded that further opportunities to remedy these pleading defects are futile.

The Supreme Court has characterized dismissal with prejudice as a "harsh remedy." New York v. Hill, 528 U.S. 110, 118, 120 S. Ct. 659, 145 L. Ed. 2d 560 (2000). Dismissal of a complaint with prejudice is appropriate if amendment would be inequitable or futile. Alston v. Parker, 363 F.3d 229, 235 (3d Cir. 2004). Here, this Court finds that it would be futile to give Plaintiff further opportunity to replead.

The Third Circuit recently addressed the issue of the incomprehensible complaint in an unpublished decision, Moss v. United States, 329 Fed. Appx. 335 (3d Cir. 2009). In Moss, the Third Circuit held that, prior to dismissing an incomprehensible complaint pursuant to Rule 8(a), the plaintiff must be given the opportunity to remedy the defect. Id. at 336. When the plaintiff has been given that opportunity and failed to meet the requirements of Rule 8(a), the district court may dismiss the complaint with prejudice. Id. In Moss, the Third Circuit cited approvingly the Second Circuit's decision in Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995) (citations omitted), which states:

> When a complaint fails to comply with [Rule 8(a)'s] requirements, the district court has the power, on motion or sua sponte, to dismiss the complaint or to strike such parts as are redundant or immaterial. Dismissal, however, is usually reserved for those cases in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised. This Court further notes that, just days ago, in an unpublished and non-precedential opinion, the Third Circuit adhered to these principles in affirming this Court's dismissal of another complaint filed earlier in 2010 by the same Plaintiff to this action on grounds of its incomprehensibility and the futility of amendment. See Admiral Ada'Ad-din v. U.S. Dep't of State, et al., No. 10-3383, 2011 U.S. App. LEXIS 1855 (3d Cir. Jan. 27, 2011).

Considering both the Complaint and the response to the Order to Show Cause, this Court finds that the Complaint is so unintelligible that its true substance is well-disguised. Granting Plaintiff a further opportunity to remedy this defect is futile. The Complaint will be dismissed with prejudice for failure to comply with the requirements of Rule 8(a). An appropriate form of Order will accompany this Opinion.

/s/ Stanley R. Chesler

Stanley R. Chesler, U.S.D.J

DATED: February 3, 2011

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63706050

## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 63766680 | Current Institution: | Devens FMC |
| Inmate Name: | AMIN-BEY, JASON | Housing Unit: | DEV-N-A |
| Report Date: | 07/30/2014 | Living Quarters: | N01-128 |
| Report Time: | 1:30:40 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8776 |
| PAC #: | 024849535 |
| Revalidation Date: | 19th |
| FRP Participation Status: | No Obligation |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 11/22/2011 |
| Local Account Activation Date: | 3/28/2014 3:16:54 AM |
| Sort Codes: | |
| Last Account Update: | 7/19/2014 12:11:41 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

| | |
|---:|:---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $19.96 |
| Available Funds to be considered for IFRP Payments: | ($450.00) |
| National 6 Months Avg Daily Balance: | $3.68 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |
| This Inmate is Indigent | |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $5.16 |
| Last Sales Date: | 5/1/2014 8:02:07 AM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $320.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $320.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

Date: 05/08/2014
Time: 7:41:58 AM

Facility: DEV

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified



Start Date: 08/08/2013
End Date: 05/08/2014
Inmate Reg#: 63706050
Account Status: AL
Institution: All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 63706050 | Living Quarter: | N01-111L |
| Inmate Name: | AMIN-BEY, JASON L | Arrived From: | BRO |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | DEV-N-A | Account Creation Date: | 11/22/2011 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 08/08/2013 08:04:50 AM | 1 | | | Sales | ($9.00) | | $57.41 |
| DEV | 08/15/2013 07:33:24 AM | 1 | | | Sales | ($9.00) | | $48.41 |
| DEV | 08/22/2013 07:51:30 AM | 7 | | | Sales | ($13.75) | | $34.66 |
| DEV | 08/29/2013 07:51:34 AM | 1 | | | Sales | ($9.00) | | $25.66 |
| DEV | 09/20/2013 08:01:00 AM | MJV046 | | | Photo Copies | ($5.70) | | $19.96 |
| DEV | 10/04/2013 09:01:16 AM | NTLR1013 | | | TRUL Rev With Rel | $0.00 | | $19.96 |
| DEV | 10/04/2013 09:02:16 AM | REL0006 | 38 | | Release-Treas Chk | ($19.96) | | $0.00 |
| DEV | 10/30/2013 04:30:14 AM | 38-C | | | Release-Treas Chk | $19.96 | | $19.96 |
| DEV | 10/30/2013 07:37:07 AM | | 146 | | Release-Treas Chk | ($19.96) | | $0.00 |
| DEV | 11/21/2013 04:30:15 AM | 146-C | | | Release-Treas Chk | $19.96 | | $19.96 |
| DEV | 11/22/2013 08:07:30 AM | NWH0003 | | | WUNK Transfer Out | ($19.96) | | $0.00 |
| DEV | 02/24/2014 11:08:56 AM | MWHC0127 | | | WUNK Transfer In | $19.96 | | $19.96 |
| DEV | 03/07/2014 03:16:47 AM | TX030714 | | | Transfer - Out to TRUFACS | ($19.96) | | $0.00 |
| DEV | 03/28/2014 03:16:54 AM | TX032814 | | | Transfer - In from TRUFACS | $5.16 | | $5.16 |
| DEV | 04/17/2014 08:49:15 AM | 24 | | | Sales | ($5.00) | | $0.16 |
| DEV | 05/01/2014 08:02:07 AM | 1 | | | Sales | ($0.16) | | $0.00 |
| | **Total Transactions:** 16 | | | | **Totals:** | **($66.41)** | **$0.00** | |

Received from
[illegible signature] 5/9/2014

Date: 05/08/2014
Time: 7:41:58 AM

Facility: DEV

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 63706050 | Living Quarter: | N01-111L |
| Inmate Name: | AMIN-BEY, JASON L | Arrived From: | BRO |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | DEV-N-A | Account Creation Date: | 11/22/2011 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $19.96 | $7.75 | $5.16 | $1.50 | N/A | N/A |

BP-S148.055 **INMATE REQUEST TO STAFF**
SEP 98
U.S. DEPARTMENT OF JUSTICE For The Glory of Ahezaah ★ FEDERAL BUREAU OF PRISONS

AMIN BEY N-1

| TO: (Name and Title of Staff Member) FMCDevens Trust Fund Supervisor, Philadelphia | DATE: June 25, 2014 ★ Historical day ★ |
|---|---|
| FROM: Dr. Amin A.S.H. El Bey ★ Registered Sovereign Diplomatic Minister for Zee Al Koran ★ | REGISTER NO.: ★ per AFSA ★ r-m ★ |
| WORK ASSIGNMENT: | UNIT: N-1 w/Medical Treatment ★ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Trust Fund Supervisor/Philadelphia LEP Devens: I present to Federal [illegible] that I, [illegible] am requesting to have [illegible] the current updated printout of all Trust Fund data records for the Federal Bureau of Prisons Reg. Number F-63906-050 pursuant to UCC 1 Article 9 — thank you in advance for Zee Aah Allah, for your [illegible] Respect.

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

*Sensitive Limited Official Use Only*