CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| HOLY PHAROAH M.M.H.R.A.A.L.S.A. El-Bey, Ed. D. SUPREME ABYSSINIAN AMBASSODOR OF MOREHSH L.A.W. a/k/a JASON AMIN-BEY, | : : : | |
| Petitioner, | : | Civil Action No. 14-7407 (SRC) |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | **ORDER** |
| Respondent. | : | |

_____

For the reasons expressed in the Opinion filed herewith,

IT IS on this 16th day of December, 2014,

ORDERED that the Petition, ECF No. 1, is dismissed for lack of § 2255 jurisdiction; and it is further

ORDERED that no certificate of appealability shall issue, see <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and it is finally

ORDERED that the Clerk shall close the file on this matter and serve this Order and the Opinion filed herewith upon Petitioner by regular U.S. mail.

_____s/ Stanley R. Chesler_____
**STANLEY R. CHESLER**
**United States District Judge**